1054

[No. 30729-4-II.   Division Two.   June 7, 2005.]

*In the Matter of the Detention of* DAVID W. McCUISTION, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-11149-1, James R. Orlando, J., entered August 5, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[Nos. 30743-0-II; 31504-1-II;   Division Two.   June 7, 2005.]
     32041-0-II.

THE STATE OF WASHINGTON, *Respondent*, v. HILLARY LEE WALLS, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 03-1-01739-8, Stephanie A. Arend and Waldo F. Stone, JJ., entered August 7, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 31103-8-II.   Division Two.   June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENCE CHRISTOPHER HERNDON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-01-03114-5, James R. Orlando, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 31331-6-II.   Division Two.   June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY QUINBY FINDLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00208-8, Kenneth D. Williams, J., entered January 22, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.